MICHAEL PATRICK ROONEY, ESQ. [SBN 248491]
Michael Rooney Law Office
580 California Street, FL 16
San Francisco, CA 94104
(415) 533-0282 Phone
(415) 704-3321 Fax

Attorney for Plaintiff
FERNANDO BRIOSIOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| FERNANDO BRIOSOS, | ) Case No. 4:10-cv-002834-LB |
| Plaintiff, | ) |
| v. | ) **STIPULATION FOR NEW DEADLINE** |
| | ) **RE: PLAINTIFFS' INITIAL** |
| WELLS FARGO BANK, N.A., | ) **DISCLOSURES AND [~~PROPOSED~~]** |
| Defendant. | ) **ORDER.** |
| | ) Judge: Hon. Lauren Beeler |

WHEREAS, defendant's motion to dismiss was GRANTED with LEAVE TO
AMEND on August 23, 2010;

WHEREAS 30 days from entry of the order is September 22, 2010;

WHEREAS attorneys have met and conferred and agreed to conduct an initial
conference, agree to a discovery schedule, and provide disclosures after the
pleadings have been settled;

**STIPULATION FOR NEW DEADLINE RE: PLAINTIFFS' INITIAL
DISCLOSURES AND [~~PROPOSED~~] ORDER. Case No. 4:10-cv-002834-LB**

1

1  IT IS HEREBY STIPULATED THAT INITIAL DISCLOSURES SHALL BE SERVED,

2  AN INITIAL SCHEDULING CONFERENCE AND DISCOVERY PLAN SHALL

3  TAKE PLACE 60 DAYS AFTER THE PLEADINGS HAVE BEEN SETTLED.

4

5

6  Dated: September 17, 2010               MICHAEL ROONEY LAW OFFICE

7

8                                Signature: ___/s/ Michael Patrick Rooney, Esq._____
                                           Michael Patrick Rooney, Esq.
9                                          Attorney for Plaintiff
                                           Fernando Briosos
10

11 Dated: September 17, 2010               SEVERSON & WERSON

12

13                                Signature: ___/s/ _Jon D. Ives_____
14                                         Jon Ives, Esq.
                                           Attorneys for Defendant
15                                         WELLS FARGO BANK, N.A.

16

17

18                                [PROPOSED] ORDER

19

20        The foregoing stipulation is approved and so ordered.

21

22 Dated: _September 17____, 2010

23                                _____
                                  The Honorable Laurel Beeler
24                                United States District Court Judge

25

26

27

28

**STIPULATION FOR NEW DEADLINE RE: PLAINTIFFS' INITIAL**
**DISCLOSURES AND [PROPOSED] ORDER. Case No. 4:10-cv-002834-LB**