**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FERNANDO BRIOSOS, | No. C 10-02834 LB |
| Plaintiff(s), | **ORDER RE-SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant(s). | |
| _____/ | |

This matter was set for an initial case management conference on October 7, 2010. *See* ECF No. 3. On September 17, 2010, the Court approved the parties' request to continue the case management conference in light of the Court's order granting Defendant's Motion to Dismiss and granting Plaintiff leave to file an amended complaint. Accordingly, the Court re-sets the case management conference for December 2, 2010, at 1:30 p.m. in Courtroom 3. The parties shall file their joint case management conference by 5:00 p.m. on November 24, 2010.

**IT IS SO ORDERED.**

Dated: October 1, 2010

_____
LAUREL BEELER
United States Magistrate Judge

Order Re-Setting CMC
C 10-02834