**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FERNANDO BRIOSOS, | No. C 10-02834 LB |
| Plaintiff, | **ORDER VACATING CMC AND ADR SCHEDULING ORDER DEADLINES** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

This matter is set for an initial case management conference on December 2, 2010. Oral argument on Defendant's motion to dismiss Plaintiff's amended complaint is set for December 9, 2010. *See* ECF No. 20. Accordingly, the Court **VACATES** the December 2, 2010 case management conference. Additionally, the Court **VACATES** the meet and confer requirement, ADR filing deadline, and initial disclosure deadlines set in the ADR Scheduling Order. The Court will re-set the case management conference and the Rule 26 and ADR deadlines after ruling on Defendant's pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-02834 (Order Vacating CMC and Scheduling Order Deadlines)