UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO BRIOSOS, ) | Case No.   10-02834-LB |
| ) | |
| Plaintiff, ) | **ORDER AND JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, NATIONAL ) ASSOCIATION and FIDELITY NATIONAL ) TITLE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to FRCP 41(a), Defendant FIDELITY NATIONAL TITLE INSURANCE COMPANY ("FNTIC") is dismissed from this action, without prejudice.  The Court finds this dismissal proper, because it is based upon the STIPULATED JUDGMENT AND CONSENT DECREE between Plaintiff and Defendant FNTIC, which stipulates that: FNTIC is named solely in it capacity as a Trustee under a Deed of Trust; Plaintiff is not seeking a monetary award against FNTIC; and FNTIC agrees to be bound by whatever order or judgment is issued by the Court regarding the Deed of Trust for which it is Trustee.  SO ORDERED AND ADJUDGED.

DATED: __May 4, 2011__     _____
                                                        Hon. Laurel Beeler
                                                        United States Magistrate Judge

C 10-02834 LB        Order and Judgment, Pursuant to Consent Decree, Between Plaintiff and Defendant FNTIC